E-filing

ORIGINAL FILED
07 AUG -9 PM 3: 14
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:  (415) 268-1999
   Email:      matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   MOTOWN RECORD COMPANY, L.P.;
7  LAFACE RECORDS LLC; INTERSCOPE
   RECORDS; BMG MUSIC; and SONY
8  BMG MUSIC ENTERTAINMENT
9
10              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA

                    C 07    4102    EDL

13 MOTOWN RECORD COMPANY, L.P., a        CASE NO.
   California limited partnership; LAFACE
14 RECORDS LLC, a Delaware limited liability   **CERTIFICATION OF INTERESTED**
   company; INTERSCOPE RECORDS, a           **ENTITIES OR PERSONS**
15 California general partnership; BMG MUSIC, a
16 New York general partnership; and SONY BMG
   MUSIC ENTERTAINMENT, a Delaware
17 general partnership,
18                  Plaintiffs,
19      v.
20 JOHN DOE,
21                  Defendant.

Certification of Interested Entities or Persons
Case No.
#31629 v1

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:
6  The following companies are parents of, or partners in Plaintiff MOTOWN RECORD
7  COMPANY, L.P.: UMG Recordings, Inc.; UMG Manufacturing & Logistics, Inc.; Universal Music
8  Group Distribution, Corp.; Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I
9  Corp.; Vivendi Holdings Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of
10 which only Vivendi S.A. is publicly traded. Vivendi S.A. is publicly traded in France.
11 The following companies are parents of, or partners in Plaintiff LAFACE RECORDS LLC:
12 SONY BMG MUSIC ENTERTAINMENT; USCO Holdings Inc.; BeSo Holding LLC; Arista
13 Holding, Inc.; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann, Inc.; Zomba
14 US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is
15 publicly traded. Sony Corporation is publicly traded in the U.S.
16 The following companies are parents of, or partners in Plaintiff INTERSCOPE RECORDS:
17 UMG Recordings, Inc.; PRI Productions, Inc.; Polygram Holding, Inc.; Universal Music Group,
18 Inc.; Vivendi Holding I Corp.; Vivendi Holdings Company; Vivendi Holding S.A.S.; SPC S.A.S.;
19 and Vivendi S.A., of which only Vivendi S.A. is publicly traded. Vivendi S.A. is publicly traded in
20 France.
21 The following companies are parents of, or partners in Plaintiff BMG MUSIC: Ariola
22 Eurodisc LLC; USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.;
23 Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.;
24 Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony
25 Corporation is publicly traded in the U.S.
26 The following companies are parents of, or partners in Plaintiff SONY BMG MUSIC
27 ENTERTAINMENT: USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.;
28 Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.;

Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony Corporation is publicly traded in the U.S.

Dated: August 9, 2007

HOLME ROBERTS & OWEN LLP

By: /s/ Matthew Franklin Jaksa

MATTHEW FRANKLIN JAKSA
Attorney for Plaintiffs
MOTOWN RECORD COMPANY, L.P.; LAFACE RECORDS LLC; INTERSCOPE RECORDS; BMG MUSIC; and SONY BMG MUSIC ENTERTAINMENT

Certification of Interested Entities or Persons
Case No.
#31629 v1