UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MOTOWN RECORD COMPANY, et al.,

        Plaintiffs,

    v.

JOHN DOE,

        Defendant.
_____/

No. C07-4102 (EDL)

ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY

Finding this matter appropriate for submission without oral argument, the Court will not set a hearing for this application for leave to take immediate discovery.

Having considered Plaintiff's Ex Parte Application for Leave to Take Immediate Discovery and supporting declaration, and finding good cause therefore,

Plaintiffs are granted leave to serve immediately a Rule 45 subpoena on the University of California, Santa Cruz that seeks information sufficient to identify Defendant John Doe, including the name, current and permanent address and telephone number, e-mail address, and Media Access Control address.

Any information disclosed to Plaintiffs in response to the Rule 45 subpoena may be used solely for the purpose of protecting Plaintiffs' rights under the Copyright Act.

IT IS SO ORDERED.

Dated: October 29, 2007

                                                             *Elizabeth D. Laporte*
_____
ELIZABETH D. LAPORTE
United States Magistrate Judge