1   Matthew Franklin Jaksa (CA State Bar No. 248072)
2   HOLME ROBERTS & OWEN LLP
    560 Mission Street, 25th Floor
3   San Francisco, CA  94105-2994
    Telephone:  (415) 268-2000
4   Facsimile:  (415) 268-1999
    Email:      matt.jaksa@hro.com
5
6   Attorneys for Plaintiffs,
    MOTOWN RECORD COMPANY, L.P.;
7   LAFACE RECORDS LLC; INTERSCOPE
    RECORDS; BMG MUSIC; and SONY
8   BMG MUSIC ENTERTAINMENT

9

10                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
11                    SAN FRANCISCO DIVISION

12

13  MOTOWN RECORD COMPANY, L.P., a        CASE NO. C 07-04102 EDL
    California limited partnership; LAFACE
14  RECORDS LLC, a Delaware limited liability   Honorable Elizabeth D. Laporte
    company; INTERSCOPE RECORDS, a
15  California general partnership; BMG MUSIC, a   *EX PARTE* **APPLICATION TO CONTINUE**
    New York general partnership; and SONY BMG  **CASE MANAGEMENT CONFERENCE**
16  MUSIC ENTERTAINMENT, a Delaware      **AND EXTEND TIME TO SERVE**
    general partnership,                 **DEFENDANT AND [PROPOSED] ORDER**
17
                         Plaintiffs,
18
19          v.

20  JOHN DOE,
                         Defendant.
21

22

23

24

25

26

27

28

Ex Parte Application and [Proposed] Order
Case No. C 07-04102 EDL
#33633 v1

1    Plaintiffs respectfully request that the Court continue the case management conference

2    currently set for November 13, 2007, at 10:00 a.m. to February 12, 2008.  Plaintiffs further request,

3    pursuant to the Federal Rules of Civil Procedure, Rules 4(m) and 6(b)(1), that Plaintiffs' time to

4    serve the Summons and Complaint on Defendant John Doe ("Defendant") be extended from

5    December 7, 2007 to March 6, 2008.

6    Plaintiffs filed the Complaint against Defendant on August 9, 2007.  Also on August 9, 2007,

7    Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery, seeking the

8    Court's permission to serve a Rule 45 subpoena on University of California, Santa Cruz ("UC Santa

9    Cruz") so that Plaintiffs could obtain information sufficient to identify Defendant.  On October 29,

10   2007, this Court issued its Order Granting Plaintiffs' Application for Leave to Take Immediate

11   Discovery.  Pursuant to the Court's Order, Plaintiffs have served UC Santa Cruz with a Rule 45

12   subpoena directing UC Santa Cruz to produce certain documents and information necessary to

13   identify Defendant.  The response date of Plaintiffs' subpoena is December 5, 2007.

14   Because Plaintiffs cannot identify Defendant until UC Santa Cruz has responded to

15   Plaintiffs' subpoena, there is not yet a known defendant with whom to confer, and a case

16   management conference is unnecessary at this time.  Plaintiffs therefore respectfully request that the

17   Court continue the case management conference currently set for November 13, 2007, at 10:00 a.m.

18   to February 12, 2008.  Because the original time period for Plaintiffs to serve the Summons and

19   Complaint on Defendant will expire on December 7, 2007 (only two days after Plaintiffs expect to

20   receive the subpoena response enabling them to identify Defendant), Plaintiffs further request that

21   the time to serve the Summons and Complaint on Defendant be extended to March 6, 2008.

22   Dated:  November 6, 2007                          HOLME ROBERTS & OWEN LLP

23                                                    By:  */s/ Matthew Franklin Jaksa*

24                                                         MATTHEW FRANKLIN JAKSA
                                                         Attorney for Plaintiffs
25

26

27

28

1

## <u>ORDER</u>

2
Good cause having been shown:

3
    **IT IS ORDERED** that the case management conference currently set for November 13,

4
2007, at 10:00 a.m. be continued to February 12, 2008.

5
    **IT IS FURTHER ORDERED** that, pursuant to the Federal Rules of Civil Procedure, Rules

6
4(m) and 6(b)(1), Plaintiffs' time to serve the Summons and Complaint on Defendant be extended to

7
March 6, 2008.

8

9

10
Dated: _____        By: _____

11
                          Honorable Elizabeth D. Laporte
                          United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Ex Parte Application and [Proposed] Order
Case No. C 07-04102 EDL
#33633 v1