Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
Email:         matt.jaksa@hro.com

Attorneys for Plaintiffs,
MOTOWN RECORD COMPANY, L.P.;
LAFACE RECORDS LLC; INTERSCOPE
RECORDS; BMG MUSIC; and SONY
BMG MUSIC ENTERTAINMENT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MOTOWN RECORD COMPANY, L.P., a California limited partnership; LAFACE RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; BMG MUSIC, a New York general partnership; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br>　　　　　　　　Plaintiffs,<br>　　　v.<br>JOHN DOE,<br>　　　　　　　　Defendant. | CASE NO. C 07-04102 EDL<br><br>Honorable Elizabeth D. Laporte<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND TIME TO SERVE DEFENDANT AND [P~~ROPOSE~~D] ORDER** |

Ex Parte Application and [P~~ropose~~d] Order
Case No. C 07-04102 EDL
#33633 v1

1    Plaintiffs respectfully request that the Court continue the case management conference currently set for November 13, 2007, at 10:00 a.m. to February 12, 2008. Plaintiffs further request, pursuant to the Federal Rules of Civil Procedure, Rules 4(m) and 6(b)(1), that Plaintiffs' time to serve the Summons and Complaint on Defendant John Doe ("Defendant") be extended from December 7, 2007 to March 6, 2008.

Plaintiffs filed the Complaint against Defendant on August 9, 2007. Also on August 9, 2007, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery, seeking the Court's permission to serve a Rule 45 subpoena on University of California, Santa Cruz ("UC Santa Cruz") so that Plaintiffs could obtain information sufficient to identify Defendant. On October 29, 2007, this Court issued its Order Granting Plaintiffs' Application for Leave to Take Immediate Discovery. Pursuant to the Court's Order, Plaintiffs have served UC Santa Cruz with a Rule 45 subpoena directing UC Santa Cruz to produce certain documents and information necessary to identify Defendant. The response date of Plaintiffs' subpoena is December 5, 2007.

Because Plaintiffs cannot identify Defendant until UC Santa Cruz has responded to Plaintiffs' subpoena, there is not yet a known defendant with whom to confer, and a case management conference is unnecessary at this time. Plaintiffs therefore respectfully request that the Court continue the case management conference currently set for November 13, 2007, at 10:00 a.m. to February 12, 2008. Because the original time period for Plaintiffs to serve the Summons and Complaint on Defendant will expire on December 7, 2007 (only two days after Plaintiffs expect to receive the subpoena response enabling them to identify Defendant), Plaintiffs further request that the time to serve the Summons and Complaint on Defendant be extended to March 6, 2008.

Dated: November 6, 2007                                    HOLME ROBERTS & OWEN LLP

By: */s/ Matthew Franklin Jaksa*
      MATTHEW FRANKLIN JAKSA
      Attorney for Plaintiffs

Ex Parte Application and [Proposed] Order
Case No. C 07-04102 EDL
#33633 v1

1

**ORDER**

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for November 13, 2007, at 10:00 a.m. be continued to February 12, 2008.

**IT IS FURTHER ORDERED** that, pursuant to the Federal Rules of Civil Procedure, Rules 4(m) and 6(b)(1), Plaintiffs' time to serve the Summons and Complaint on Defendant be extended to March 6, 2008.

Dated: November 7, 2007          By: _____
                                    Honorable Elizabeth D. Laporte
                                    United States Magistrate Judge



IT IS SO ORDERED
Judge Elizabeth D. Laporte

---

Ex Parte Application and [~~Proposed~~] Order
Case No. C 07-04102 EDL
#33633 v1

2