1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:   (415) 268-2000
4  Facsimile:    (415) 268-1999
   Email:         matt.jaksa@hro.com
5

6  Attorneys for Plaintiffs,
   MOTOWN RECORD COMPANY, L.P.;
7  LAFACE RECORDS LLC; INTERSCOPE
   RECORDS; BMG MUSIC; and SONY
8  BMG MUSIC ENTERTAINMENT

9

10                   UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
11                          SAN FRANCISCO DIVISION

12

13 | MOTOWN RECORD COMPANY, L.P., a California limited partnership; LAFACE RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; BMG MUSIC, a New York general partnership; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,  |  CASE NO. C 07-04102 EDL
   |  Honorable Elizabeth D. Laporte
   |  **NOTICE OF DISMISSAL WITHOUT PREJUDICE**

                    Plaintiffs,

        v.

   JOHN DOE,
                    Defendant.

NOTICE OF DISMISSAL WITHOUT PREJUDICE
Case No. C 07-04102 EDL
#35095 v1

1      Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs MOTOWN RECORD COMPANY,
2  L.P., *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright
3  infringement claims against Defendant John Doe, also identified as ID #130476741 with IP address
4  169.233.42.229 2007-05-25 02:37:24 EDT, each party to bear its/his own fees and costs. The Clerk
5  of Court is respectfully requested to close this case.

6  Dated: January 23, 2008                                            HOLME ROBERTS & OWEN LLP

7                                                                              By: */s/ Matthew Franklin Jaksa*
8                                                                                    MATTHEW FRANKLIN JAKSA
9                                                                                    Attorney for Plaintiffs

NOTICE OF DISMISSAL WITHOUT PREJUDICE
Case No. C 07-04102 EDL
#35095 v1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On January 23, 2008, I served the foregoing documents described as:

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**Hannah Cha**
**c/o John Im**
**2095 Van Ness Ave.**
**San Francisco, CA 94109**

☒   BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 23, 2008 at San Francisco, California.

_____
Molly Morris